```
RONALD J. COOK - 121398
WILLOUGHBY, STUART & BENING, INC.
50 W. San Fernando St., Suite 400
San Jose, California 95113
(408) 289-1972
Facsimile: (408) 295-6375
Attorneys for Defendant
GRETCHEN REDDY
```

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDELITY AND GUARANTY INSURANCE COMPANY and SEDGWICK CLAIMS MANAGEMENT SERVICE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GRETCHEN REDDY,<br><br>　　　　　Defendant.<br>_____/ | No. 2:06-CV-00752-WBS-GGH<br><br>**STIPULATED ORDER CONTINUING TRIAL DATE**<br><br>**Trial Date: August 28, 2007**<br>Judge:  William B. Shubb |

　　　　IT IS HEREBY STIPULATED by the parties to this action that for good cause, the court should continue the currently scheduled two day court trial, with a trial date of August 28, 2007,  for a period of not less than six months.

　　　　The ground for this stipulation is the fact the parties are currently engaged in an ongoing and complex  mediation before Retired California  Supreme Court Justice Edward A. Panelli.  This mediation is specifically referenced as Section IX in the court's Pretrial Order dated April 9, 2007.  The mediation involves not only the Declaratory Judgment Action pending before this court, but also an underlying state court personal injury action filed in the Sacramento County Superior Court between Dr. Gretchen Reddy, and the driver

of the Suburban Ford vehicle insured by Plaintiff Fidelity and Guarantee Insurance Company. Dr. Reddy's demand in the state court case is in the millions of dollars based on her alleged total disability and coincident loss of her medical practice.

The first installment of the mediation was held on July 24, 2007. While significant progress was made, at end of an all day session, Justice Panelli informed all present that he felt the parties needed additional time to digest the information exchanged, including consultation with "home office" personnel. It is anticipated by all concerned that a second mediation session will be convened by Justice Panelli in the near future either close to, or after, the currently scheduled trial date. If the mediation is successful, it will either eliminate the need to submit this Declaratory Judgment Action to trial, or may limit the issues in dispute. A continuation of the trial date will allow the parties to focus their undivided attention and financial resources on settlement, as opposed to trial and trial preparation.

Defendant believes that a separate and independent ground for continuing the trial date, but one the parties have not stipulated to, concerns Defendant's counsel having informed Plaintiffs' counsel that he intends to seek leave of court to file a counter-claim, or in the alternative a cross-claim, against the insurance company that issued an excess insurance policy to Suburban Ford with limits of $10,000,000. Defendant counsel's review of the recently obtained excess policy leads him to conclude that the adverse driver in the underlying state court action is an insured under both Suburban Ford's primary and excess insurance policies. Defendant believes that if coverage under the excess policy can be established in this action, this court will not need to decide if the underlying $15,000

insurance policy is "open" due to Plaintiffs' failure to pay the policy limit by a specific deadline. Unlike the current action involving only the primary policy, coverage under the excess policy can be decided by way of motion for summary judgment under stipulated facts and documents. Defendant believes that unless coverage under the excess policy is decided in this action, a separate lawsuit involving all of the same underlying parties and facts will need to be litigated in this court. This would not promote judicial economy.

If the trial date is continued pursuant to this Stipulated Order, Defendant will file a motion for leave of court to file a counter-claim, or in the alternative cross-claim that can be scheduled on Law and Motion Calendar on regular notice. If the court should conclude that the grounds set forth in this Stipulated Order are not sufficient to continue the trial date, Defendant will apply ex parte to have a motion to continue the trial date, and a separate motion for leave of court to file a counter-claim or in the alternative, counter-claim heard on shortened notice in advance of the current trial date.

IT IS SO STIPULATED.

Dated: July 27, 2007                     WILLOUGHBY, STUART & BENING


By: _____/S/_____
     RONALD J. COOK
     Attorneys for defendant GRETCHEN
     REDDY


Dated:JUly 27, 2007                      HAYES, DAVIS, BONINO, ELLINGSON,
        MCLAY & SCOTT

3

By: _____/S/_____
MARK G. BONINO
Attorneys for plaintiffs FIDELITY AND GUARANTY INSURANCE COMPANY and SEDGWICK CLAIMS MANAGEMENT SERVICE

## ORDER CONTINUING TRIAL DATE

FOR GOOD CAUSE SHOWN, it is hereby ordered that the current trial date of August 28, 2007 is continued.  The new trial date is **February 26, 2008 at 9:00 a.m.**  With the exception of the new trial date,  all other provisions of the court's April 9, 2007 Pretrial Order shall continue to apply.

IT IS SO ORDERED.

Dated:  July 31, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE