1  MARK G. BONINO (SBN 70215)
   **HAYES DAVIS BONINO**
2  **ELLINGSON MCLAY & SCOTT, LLP**
   203 Redwood Shores Parkway, Suite 480
3  Redwood City, CA  94065
   Telephone:   (650) 637-9100
4  Facsimile:    (650) 637-8071
   Email:         mbonino@hayesdavis.com
5
   Attorneys for Plaintiffs FIDELITY AND GUARANTY INSURANCE
6  COMPANY and SEDGWICK CLAIMS MANAGEMENT SERVICES

7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

| 11 | FIDELITY AND GUARANTY INSURANCE COMPANY and SEDGWICK CLAIMS MANAGEMENT SERVICES, | CASE NO.  2-06-CV-00752-WBS-GGH |
|---|---|---|
| 12 | | **STIPULATION CONTINUING TRIAL DATE AND ORDER SETTING TRIAL DATE** |
| 13 | | |
| 14 | Plaintiffs, | New Trial Date:   May 20, 2008 |
| 15 | v. | Time:                 9:00 a.m. |
| 16 | GRETCHEN REDDY, | Judge:              William B. Shubb, District Judge |
| 17 | Defendants. | |

18

19        The court having vacated the previous trial date of February 26, 2008:

20        IT IS HEREBY STIPULATED by the parties to the above-entitled action through their

21  counsel of record that the court should schedule the new trial date for Tuesday, May 20, 2008, at

22  9:00 a.m.

23  ///

24  ///

25  ///

26

27

28  160107

Dated: _____, 2008        HAYES DAVIS BONINO ELLINGSON
                                MCLAY & SCOTT, LLP


                                By:   /s/_____
                                      Mark G. Bonino
                                      Attorneys for Plaintiffs
                                      Fidelity and Guaranty Insurance company and
                                      Sedgwick Claims Management Services


Dated: _____, 2008        WILLOUGHBY, STUART & BENING


                                By:   /s/_____
                                      Ronald J. Cook
                                      Attorneys for Defendant
                                      Gretchen Reddy, M.D.


**ORDER CONTINUING TRIAL DATE**

Good cause appearing therefor:

IT IS HEREBY ORDERED that the trial in the above-entitled matter is scheduled for Tuesday, May 20, 2008, at 9:00 a.m., for William B. Shubb, District Judge. With the exception of the new trial date, all other provisions of the court's April 9, 2007, Pre-Trial Order shall continue to apply.

IT IS SO ORDERED


Dated:  March 3, 2008

                                WILLIAM B. SHUBB
                                UNITED STATES DISTRICT JUDGE

160107                                  2

**STIPULATION CONTINUING TRIAL DATE AND ORDER SETTING TRIAL DATE**
**FIDELITY & GUARANTY V. REDDY**