UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

FIDELITY AND GUARANTY INSURANCE COMPANY and SEDGWICK CLAIMS MANAGEMENT SERVICES,

      Plaintiffs,

  v.

GRETCHEN REDDY,

      Defendant.

NO. CIV. S-06-752 WBS GGH

ORDER RE: COSTS

----oo0oo----

On June 12, 2008, after a bench trial, the court entered final judgment in favor of defendant.  Defendant has submitted a cost bill totaling $1,103.75.  Plaintiffs have not objected.  The fact that plaintiffs subsequently filed an appeal of the court's underlying judgment has no bearing on the court's jurisdiction to consider this bill of costs.  Odnil Music Ltd. v. Katharsis, LLC, No. 05-0545, 2006 U.S. Dist. LEXIS 68849, at *15 (E.D. Cal. Sept. 22, 2006); see also Kusay v. United States, 62 F.3d 192, 194 (7th Cir. 1995) (noting that a district court may still address ancillary matters, such as costs, while a case is pending appeal).

1

1         Rule 54(d)(1) of the Federal Rules of Civil Procedure
2    and Local Rule 54-292(f) govern the taxation of costs to losing
3    parties, subject to limits set under 28 U.S.C. § 1920.  See 28
4    U.S.C. § 1920 (enumerating taxable costs); Fed. R. Civ. P.
5    54(d)(1) ("Unless a federal statute, these rules, or a court
6    order provides otherwise, costs--other than attorneys' fees--
7    should be allowed to the prevailing party."); L.R. 54-292(f);
8    Crawford Fitting Co. v. J.T. Gibbons Inc., 482 U.S. 437, 441
9    (1987) (limiting taxable costs to those enumerated in 28 U.S.C.
10   § 1920).  The district court has discretion to determine what
11   constitutes a taxable cost within the meaning of 28 U.S.C.
12   § 1920.  Alflex Corp. v. Underwriters Lab., Inc., 914 F.2d 175,
13   177 (9th Cir. 1990).  The losing party has the burden of
14   overcoming the presumption in favor of awarding costs to the
15   prevailing party.  Russian River Watershed Prot. Comm. v. City of
16   Santa Rosa, 142 F.3d 1136, 1144 (9th Cir. 1998).
17        After reviewing the bill, the court finds $1,103.75 for
18   reporter fees and witness fees to be reasonable.  Accordingly,
19   the cost of **$1,103.75** will be allowed.
20        IT IS SO ORDERED.
21   DATED:  August 5, 2008

                              _____
                              WILLIAM B. SHUBB
                              UNITED STATES DISTRICT JUDGE